UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH HANSEN, an individual,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>AMERICA'S SERVICING COMPANY, an unknown entity; BNC MORTGAGE, INC., an unknown entity; WELLS FARGO HOME MORTGAGE, INC. dba ASC; WELLS FARGO & COMPANY, a Delaware Corporation; TINA PAULEY, an individual; NDEx West, a limited liability company; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants.<br>_____ | Case No. EDCV 09-641-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendants America's Servicing Company, Wells Fargo Home Mortgage, Inc., and Wells Fargo &

1  Company is DISMISSED WITHOUT PREJUDICE.  The Court orders that
2  such judgment be entered.
3
4
5  Dated: April 28, 2009
6                                          VIRGINIA A. PHILLIPS
                                            United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28